UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA TRAVERS,

        Plaintiff,

v.

GC SERVICES, LP,

        Defendant.

Case No. 2:13-cv-13744-PDB-RSW

Hon. Paul D. Borman

| AGRUSS LAW FIRM, LLC | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. |
|---|---|
| Michael S. Agruss | Scott R. Eldridge (P66452) |
| Attorneys for Plaintiff | Lara L. Kapalla (P67667) |
| 22 W. Washington Street, Suite 1500 | Attorneys for Defendant |
| Chicago, IL  60602 | One Michigan Avenue, Suite 900 |
| (312) 224-4695 | Lansing, MI  48933 |
| Fax:  (312) 253-4451 | (517) 487-2070 |
| Michael@agrusslawfirm.com | Fax: (517) 374-6304 |
| | eldridge@millercanfield.com |
| | kapalla@millercanfield.com |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS AWARDED TO ANY PARTY**

It is hereby stipulated and agreed between Plaintiff Tamara Travers ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"), through their undersigned counsel, that:

(1) all claims asserted, or which could have been asserted, against GC Services in the above-captioned matter are to be dismissed with prejudice in their entirety;

(2) no costs or attorneys' fees will be awarded by the Court to any party; and

(3) this stipulation evinces the intent of the parties to have the Court enter a final Order closing this matter, including all related claims.

A proposed Order is attached for the Court's convenience.

**APPROVED AS TO FORM:**

| | |
|---|---|
| /s/ Michael S. Agruss (with permission) | /s/ Scott R. Eldridge |
| Michael S. Agruss | Scott R. Eldridge (P66452) |
| Agruss Law Firm, LLC | Miller, Canfield, Paddock and Stone, PLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 22 W. Washington St., Suite 1500 | One Michigan Ave., Suite 900 |
| Chicago, IL 60602 | Lansing, MI 48933 |
| (312) 224-4695 | (517) 483-4918 |
| (312) 253-4451 (Facsimile) | (517) 374-6304 (Facsimile) |
| email: michael@agrusslawfirm.com | email: eldridge@millercanfield.com |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**TAMARA TRAVERS,**

       Plaintiff,

v.

**GC SERVICES, LP,**

       Defendant.

Case No. 2:13-cv-13744-PDB-RSW

Hon. Paul D. Borman

| | |
|---|---|
| AGRUSS LAW FIRM, LLC<br>Michael S. Agruss<br>Attorneys for Plaintiff<br>22 W. Washington Street, Suite 1500<br>Chicago, IL  60602<br>(312) 224-4695<br>Fax:  (312) 253-4451<br>Michael@agrusslawfirm.com | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Scott R. Eldridge (P66452)<br>Lara L. Kapalla (P67667)<br>Attorneys for Defendant<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>Fax: (517) 374-6304<br>eldridge@millercanfield.com<br>kapalla@millercanfield.com |

### ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS AWARDED TO ANY PARTY

Pursuant to the attached stipulation between Plaintiff Tamara Travers ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"):

(1) All claims asserted, or which could have been asserted, against GC Services in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

(2) No costs or attorneys' fees are awarded to any party; and

(3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**

_____
Hon. Paul D. Borman
United States District Court
Eastern District of Michigan

Dated: _____
21604435.1\031578-00067