UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMARA TRAVERS,

       Plaintiff,

v.

GC SERVICES, LP,

       Defendant.

_____/

Case No. 2:13-cv-13744

Hon. Paul D. Borman

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS AWARDED TO ANY PARTY

Pursuant to the stipulation between Plaintiff Tamara Travers ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"):

(1) All claims asserted, or which could have been asserted, against GC Services in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

(2) No costs or attorneys' fees are awarded to any party; and

(3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**

                          s/Paul D. Borman
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated: October 11, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 11, 2013.

                                              s/Deborah Tofil  
                                              Deborah Tofil  
                                              Case Manager (313) 234-5122

**APPROVED AS TO FORM:**

| | |
|---|---|
| /s/ Michael S. Agruss (with permission) | /s/ Scott R. Eldridge |
| Michael S. Agruss | Scott R. Eldridge (P66452) |
| Agruss Law Firm, LLC | Miller, Canfield, Paddock and Stone, PLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 22 W. Washington St., Suite 1500 | One Michigan Ave., Suite 900 |
| Chicago, IL 60602 | Lansing, MI 48933 |
| (312) 224-4695 | (517) 483-4918 |
| (312) 253-4451 (Facsimile) | (517) 374-6304 (Facsimile) |
| email: michael@agrusslawfirm.com | email: eldridge@millercanfield.com |

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 11, 2013.

s/Deborah Tofil
Deborah Tofil
Case Manager (313) 234-5122